IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>BRIAN and ELLEN GLASSMAN<br><br>Debtor. | ) Judge Jack B. Schmetterer<br>) Chapter 13<br>)<br>) Case No.: 10-05295<br>) |
| BRIAN and ELLEN GLASSMAN,<br><br>Plaintiff,<br>v.<br><br>HARRIS BANK<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 10 AP 00307<br>)<br>)<br>)<br>) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. This is a core proceeding under Section 157(b)(2)(A), (I), (K), and (O) of Title 28 of the United States Code, and venue is proper by virtue of 28 U.S.C. 1409(a).

2. All schedules and statements have been filed.

3. The Plaintiffs are individuals owning and residing at 1025 Wesley Ave., Evanston, IL, 60202, ("Property").

4. The Defendant, HARRIS BANK, is a lender and servicer of mortgages.

5. The fair market value of the Property at the time of filing of case number 10-05295 was $381,000.

6. Abn Amro Mortgage Group, Inc. currently holds a first mortgage lien in the amount of $622,143 which was recorded in the Office of the Cook County Recorder of Deeds on March 9, 2006.

7. Defendant holds a junior mortgage originally granted in the amount of $198,093 which was recorded in the Office of the Cook County Recorder of Deeds on December 24, 2007.

8. Plaintiff seeks to determine the nature and extent of the junior mortgage lien of the Defendant and avoid the junior mortgage lien.

9. Defendant's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim under 11 USC 506(a) and (d). The Defendant's junior mortgage lien is void to the extent it is not an allowed secured claim.

10. The amount of the first mortgage is $622,143 which exceeds the value of the underlying property. Because the junior mortgage lien held by Defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. *Nobelman v. American Savings Bank*, 508 U.S. 324 (1993); *First Bank, Inc. v. Van Wie*, 2003 WL 1563959 S.D.Ind., 2003.

11. This Complaint is also an objection to whatever claim might be allowed regarding the junior mortgage.

WHEREFORE, Petitioners, BRIAN and ELLEN GLASSMAN, request that this Court enter an order:

A. Finding Defendant in default of all allegations found in the Complaint filed by the Plaintiffs;

B. Finding the Junior Mortgage held by Harris Bank (Acct # xxxxx7907) on the Debtor's residence located at 1025 Wesley Ave., Evanston, IL 60202 is wholly unsecured and will be paid as a General Unsecured Creditor.

C. Requiring Defendant to release its lien on Plaintiffs residence within 28 days of the order for discharge.

D. For any other relief that this Court deems just and proper.

_____ Date:
Judge Schmetterer

1/21/11

JAN 21 2011

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667